

NUMBER 13-13-00493-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

REMY LEE, CINDI Y. LEE,
AND ALL OCCUPANTS,                                                    Appellants,

v.

GREEN TREE SERVICING, LLC.,                                          Appellee.

On Appeal from the County Court
of San Patricio County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellants, Remy Lee, Cindi Y. Lee, and All Occupants, appealed a judgment entered by the County Court of San Patricio County, Texas. On October 29, 2013, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was

paid.   *See* TEX. R. APP. P. 42.3(c).   Appellant has not responded to the notice from the Clerk or paid the $175.00 filing fee.   *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellants' failure to pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.


PER CURIAM

Delivered and filed the
12th day of December, 2013.